# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL M. SCALICI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., a Foreign Corporation, doing business as SMITH'S STORE NO. 370; DOE STORE MANAGER I through X; DOE STORE EMPLOYEE I through X; DOE LANDOWNER I through X; DOE PROPERTY MANAGER I through X; DOE MAINTENANCE EMPLOYEE I through X; ROE OWNER XI through XX; ROE LANDOWNER XI through XX; ROE COMPANY XI through XX; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, joint and severally,<br><br>Defendants. | Case No. 2:24-cv-00540-ART-EJY<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DATE TO FILE RESPONSES TO PLAINTIFF'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT – <u>ECF NOS. 16, 17 and 18</u>**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff ISABEL M. SCALICI (hereinafter "Plaintiff") and Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "Defendant"), by and through their respective counsel of record, that the deadline for Defendant to file its Responses to the following motions filed by Plaintiff:

1. ECF No. 16 – Plaintiff's Motion for Partial Summary Judgment as to Defendant Smith's Food and Drug Centers, Inc's Affirmative Defenses;

2. ECF No. 17 – Plaintiff's Motion for Partial Summary Judgment as to Liability; and

/ / /

NG-C2N3CBX6 4898-7575-1472.1

3. ECF No. 18 – Plaintiff's Motion for Partial Summary Judgment as to Causation, Past Medical Specials, Past Wage Loss and Future Medical Specials

be extended by seven (7) days, or until April 14, 2025. This Stipulation is entered into and made pursuant to Local R. IA 6-1 and Local R. 7-1 as a result of conflicts in the schedule of defense counsel which makes counsel unable to file Defendant's Response on the current deadline of April 7, 2025.

This extension is sought in order to allow defense counsel sufficient time to properly address and brief all issues raised in Plaintiff's Motions.

**IT IS SO STIPULATED.**

DATED this 2nd day of April, 2025.

BIGHORN LAW

/s/ David Finegold
DAVID FINEGOLD, ESQ.
Nevada Bar No. 015220
3675 W. Cheyenne Ave., #100
North Las Vegas, Nevada 89032
(702) 333-1111
Attorneys for Plaintiff
ISABEL SCALICI

DATED this 2nd day of April, 2025.

COOPER LEVENSON, P.A.

/s/ Jerry S. Busby
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**IT IS SO ORDERED** that Defendant SMITH'S FOOD & DRUG CENTERS, INC.'S Response to Plaintiff's Motions (ECF Nos. 16, 17 and 18) are due on April 14, 2025.

_____
Anne R. Traum, U.S. District Judge

DATE: April 3, 2025