JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ISABEL M. SCALICI, an individual, | Case No. 2:24-cv-00540-ART-EJY |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD AND DRUG CENTERS, INC., a Foreign Corporation, doing business as SMITH'S STORE NO. 370; DOE STORE MANAGER I through X; DOE STORE EMPLOYEE I through X; DOE LANDOWNER I through X; DOE PROPERTY MANAGER I through X; DOE MAINTENANCE EMPLOYEE I through X; ROE OWNER XI through XX; ROE LANDOWNER XI through XX; ROE COMPANY XI through XX; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, joint and severally, | **STIPULATION TO EXTEND DATE FOR FILING THE JOINT PRETRIAL ORDER**<br><br>**[FIRST REQUEST]** |
| Defendants. | |

WHEREAS, counsel for the parties have met to discuss trial issues and have prepared a draft of the Joint Pretrial Order; however, do to conflicts with other cases, counsel need additional time to complete and file the Joint Pretrial Order;

/ / /

/ / /

/ / /

/ / /

/ / /

NG-C2N3CBX6 4935-2285-3777.1

IT IS HEREBY STIPULATED AND AGREED by and between DAVID FINEGOLD, ESQ. of the law firm BIGHORN LAW, counsel for Plaintiff ISABEL SCALICI (hereinafter "Plaintiff"), and JERRY S. BUSBY, ESQ. of the law firm of COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "SMITH'S"), that the deadline for filing the Joint Pretrial Order be continued for ten days from February 23, 2026 until March 6, 2026.

Respectfully submitted this 23rd day of February, 2026.

BIGHORN LAW                                          COOPER LEVENSON, P.A.


/s/ David Finegold                                   /s/ Jerry S. Busby
DAVID FINEGOLD, ESQ.                                 JERRY S. BUSBY, ESQ.
Nevada Bar No. 015220                                Nevada Bar No. 001107
3675 W. Cheyenne Ave., #100                          3016 West Charleston Boulevard - #195
North Las Vegas, Nevada 89032                        Las Vegas, Nevada 89102
(702) 333-1111                                       (702) 366-1125
Attorneys for Plaintiff                              Attorneys for Defendant
ISABEL SCALICI                                       SMITH'S FOOD & DRUG CENTERS, INC.


**ORDER**

IT IS SO ORDERED:

DATED this 23rd day of February, 2026.


_____
UNITED STATES MAGISTRATE JUDGE

NG-C2N3CBX6 4935-2285-3777.1