# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ISABEL M. SCALICI, an individual,

        Plaintiff,

vs.

SMITH'S FOOD AND DRUG CENTERS, INC., a Foreign Corporation, doing business as SMITH'S STORE NO. 370; DOE STORE MANAGER I through X; DOE STORE EMPLOYEE I through X; DOE LANDOWNER I through X; DOE PROPERTY MANAGER I through X; DOE MAINTENANCE EMPLOYEE I through X; ROE OWNER XI through XX; ROE LANDOWNER XI through XX; ROE COMPANY XI through XX; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, joint and severally,

        Defendants.

Case No. 2:24-cv-00540-ART-EJY

**ORDER GRANTING**

**STIPULATION FOR DISMISSAL WITH <u>PREJUDICE</u>**

WHEREAS, the parties and their counsel of record participated in a private mediation conference on May 11, 2026 which resulted in the parties agreeing upon a full and final settlement of this case;

IT IS HEREBY STIPULATED by and between Defendant, SMITH'S FOOD & DRUG CENTERS, INC. ("SMITH'S"), by and through its counsel, JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A. and Plaintiff ISABEL SCALICI, by and through her counsel, DAVID FINEGOLD, ESQ. of the law firm BIGHORN LAW, LLC as follows:

/ / /

/ / /

NG-C2N3CBX6 4908-3159-4668.1

1.    That any and all claims herein of Plaintiff ISABEL SCALICI against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

IT IS SO STIPULATED.

Respectfully submitted this 30th day of June, 2026.

BIGHORN LAW, LLC                               COOPER LEVENSON, P.A.

/s/ David Finegold                            /s/ Jerry S. Busby
DAVID FINEGOLD, ESQ.                          JERRY S. BUSBY, ESQ.
Nevada Bar No. 015220                         Nevada Bar No. 001107
3675 W. Cheyenne Ave., Suite 100              3016 West Charleston Blvd. #195
Las Vegas, Nevada  89032                      Las Vegas, Nevada  89102
(775) 323-3700                                (702) 366-1125
Attorneys for Plaintiff                       Attorneys for Defendant
ISABEL SCALICI                                SMITH'S FOOD & DRUG CENTERS, INC.

**ORDER**

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED:  July 1, 2026

2

NG-C2N3CBX6 4908-3159-4668.1